No. 76–6880.  KEETON ET UX. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 77–8.  MEHTA *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 77–57.  GERMAIN ET AL. *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 77–137.  ELLISON *v.* UNITED STATES.  C. A. 7th Cir. Certiorari denied.

No. 77–139.  MORGAN *v.* UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 77–167.  WATTS *v.* VIRGINIA.  Sup. Ct. Va.  Certiorari denied.

No. 77–195.  TARASI ET AL. *v.* PITTSBURGH NATIONAL BANK ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 77–201.  PRICE *v.* PITCHESS, SHERIFF.  C. A. 9th Cir. Certiorari denied.

No. 77–203.  IRONS *v.* PARKER, ACTING COMMISSIONER OF PATENTS AND TRADEMARKS.  C. A. D. C. Cir.  Certiorari denied.

No. 77–248.  GLOVER *v.* HERALD CO., DBA GLOBE-DEMOCRAT PUBLISHING Co.  Sup. Ct. Mo.  Certiorari denied.

No. 77–266.  BETHLEHEM STEEL CORP. *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA (TITUS, A MINOR, BY CUTHBERT, REAL PARTY IN INTEREST). C. A. 9th Cir.  Certiorari denied.

No. 77–269.  McCALL ET AL. *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.